1 Vanessa R. Waldref
2 United States Attorney
3 Eastern District of Washington
  Christopher J. Bridger
4 Assistant United States Attorney
  402 E. Yakima Ave., Ste. 210
5 Yakima, WA 98901-2760
6 Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 2 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

7
8              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
9

10 UNITED STATES OF AMERICA,                    1:23-CR-2066-SAB

11                  Plaintiff,                  INDICTMENT

12        v.                                    Vio.:  18 U.S.C. §§ 472, 2
13                                                     Passing of Counterfeit
14 KIONGOZI RANN JONES, JR. and                        Currency
   BETHANY LISSETTE MORENO,                            (Counts 1-9)
15
16                  Defendants.                 18 U.S.C. § 492, 18 U.S.C. §
17                                              982(a)(2)(B), 28 U.S.C. § 2461
                                                Forfeiture Allegations
18

19
       The Grand Jury charges:
20

21                           COUNT 1

22
       On or about July 29, 2022, in the Eastern District of Washington, the
23

24 Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

25 MORENO, with the intent to defraud, passed twenty-four (24) falsely made, forged,

26
   and counterfeit $20 Federal Reserve Notes: one bearing serial number
27

28 EH18281332C, two bearing serial number JF92381332C, two bearing serial


INDICTMENT – 1

number EE20381332C, six bearing serial number EF28381332C, and thirteen

bearing serial number HE31389288C, which the Defendants, KIONGOZI RANN

JONES, JR. and BETHANY LISSETTE MORENO, knew to be falsely made,

forged, and counterfeit, to the 7-11, located at 120 N. 1st Street, Selah, WA, 98942,

in violation of 18 U.S.C. §§ 472, 2.

### COUNT 2

On or about July 29, 2022, in the Eastern District of Washington, the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO, with the intent to defraud, passed six (6) falsely made, forged, and

counterfeit $20 Federal Reserve Notes: one bearing serial number EF28381332C

and five bearing serial number HE31389288C, which the Defendants, KIONGOZI

RANN JONES, JR. and BETHANY LISSETTE MORENO, knew to be falsely

made, forged, and counterfeit, to the Topp Mart, located at 907 West 1st Ave.,

Toppenish, WA, 98948, in violation of 18 U.S.C. §§ 472, 2.

### COUNT 3

On or about July 29, 2022, in the Eastern District of Washington, the

Defendant, KIONGOZI RANN JONES, JR., with the intent to defraud, passed

twenty-three (23) falsely made, forged, and counterfeit $20 Federal Reserve Notes:

one bearing serial number JL55349288C, three bearing serial number

HE31389288C, five bearing serial number EE20381332C, three bearing serial

INDICTMENT – 2

number EH18281332C, and eleven bearing serial number EF28381332C, which the

Defendant, KIONGOZI RANN JONES, JR., knew to be falsely made, forged, and

counterfeit, to the 7-11, located at 87 9th Street NE, East Wenatchee, WA, 98802,

in violation of 18 U.S.C. §§ 472, 2.

## COUNT 4

On or about July 29, 2022, in the Eastern District of Washington, the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO, with the intent to defraud, passed two (2) falsely made, forged, and

counterfeit $20 Federal Reserve Notes: one bearing serial number HE31389288C

and one bearing serial number EF28381332C, which the Defendants, KIONGOZI

RANN JONES, JR. and BETHANY LISSETTE MORENO, knew to be falsely

made, forged, and counterfeit, to the Grant Road Food and Fuel, located at 96 Grant

Rd., East Wenatchee, WA, 98802, in violation of 18 U.S.C. §§ 472, 2.

## COUNT 5

On or about July 29, 2022, in the Eastern District of Washington, the

Defendant, BETHANY LISSETTE MORENO, with the intent to defraud, passed

one (1) falsely made, forged, and counterfeit $20 Federal Reserve Note bearing

serial number EF28381332C, which the Defendant, BETHANY LISSETTE

MORENO, knew to be falsely made, forged, and counterfeit, to the Walgreens,

INDICTMENT – 3

located at 470 Grant Rd., East Wenatchee, WA, 98802, in violation of 18 U.S.C.

§§ 472, 2.

COUNT 6

On or about July 29, 2022, in the Eastern District of Washington, the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO, with the intent to defraud, passed twenty-five (25) falsely made, forged,

and counterfeit $20 Federal Reserve Notes: six bearing serial number

EF28381332C, ten bearing serial number HE31389288C, three bearing serial

number EE20381332C, two bearing serial number JL55349288C, two bearing serial

number JF92381332C, and two bearing serial number EH18281332C, which the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO, knew to be falsely made, forged, and counterfeit, to the Circle K,

located at 204 S. Main St., Ellensburg, WA, 98926, in violation of 18 U.S.C.

§§ 472, 2.

COUNT 7

On or about July 29, 2022, in the Eastern District of Washington, the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO, with the intent to defraud, passed one (1) falsely made, forged, and

counterfeit $20 Federal Reserve Note bearing serial number EE20381332C which

the Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

INDICTMENT – 4

MORENO, knew to be falsely made, forged, and counterfeit, to the 7-11, located at 1001 E. University Way, Ellensburg, WA, 98926, in violation of 18 U.S.C. §§ 472, 2.

COUNT 8

On or about July 29, 2022, in the Eastern District of Washington, the Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE MORENO, with the intent to defraud, passed twenty-four (24) falsely made, forged, and counterfeit $20 Federal Reserve Notes: two bearing serial number JF92381332C, two bearing serial number EH18281332C, four bearing serial number EE20381332C, five bearing serial number JL55349288C, five bearing serial number HE31389288C, and six bearing serial number EF28381332C which the Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE MORENO, knew to be falsely made, forged, and counterfeit, to the 7-11, located at 1504 W Sylvester Street, Pasco, WA, 99301, in violation of 18 U.S.C. §§ 472, 2.

COUNT 9

On or about July 31, 2022, in the Eastern District of Washington, the Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE MORENO, with the intent to defraud, passed forty-eight (48) falsely made, forged, and counterfeit $20 Federal Reserve Notes: one bearing serial number EE20381332C, three bearing serial number JF92381332C, three bearing serial

INDICTMENT – 5

number JL55349288C, five bearing serial number EF28381332C, seven bearing

serial number EH18281332C, and twenty-nine bearing serial number bearing

HE31389288C which the Defendants, KIONGOZI RANN JONES, JR. and

BETHANY LISSETTE MORENO, knew to be falsely made, forged, and

counterfeit, to the Walgreens, located at 425 Bridge St., Clarkston, WA, 99403, in

violation of 18 U.S.C. §§ 472, 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense in

violation of 18 U.S.C. §§ 472, 2, as set forth in this Indictment, the Defendants

KIONGOZI RANN JONES, JR. and BETHANY LISSETTE MORENO, shall

forfeit to the United States of America any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as the result of such violation.

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of an

offense in violation of 18 U.S.C. §§ 472, 2, as set forth in this Indictment, the

Defendants, KIONGOZI RANN JONES, JR. and BETHANY LISSETTE

MORENO shall forfeit to the United States of America, all counterfeits of any coins

or obligations or other securities of the United States or of any foreign government;

any articles, devices, and other things made, possessed, or used in violation of 18

INDICTMENT – 6

U.S.C. § 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) or 28 U.S.C. § 2461(c).

DATED this 12th day of December, 2023.

A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 7